**FILED**
August 9, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Darron Reed ) <br> ) <br> Defendant. ) | Case No. 2:07-cr-348 FCD <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Darron Reed   Case 2:07-cr-348 FCD  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

       \_    Release on Personal Recognizance

       \_    Bail Posted in the Sum of _____

       X    Unsecured bond in the amount of $50,000

       \_    Appearance Bond with 10% Deposit

       \_    Appearance Bond secured by Real Property

       \_    Corporate Surety Bail Bond

       X    (Other) PTS conditions/supervision

Issued at   Sacramento, CA   on 8/9/07       at   4:10 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge