DANIEL BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar #236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DARRON ANTJUAN REED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:07-cr-0348 FCD |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| | ) |
| DARRON ANTJUAN REED, and | ) Date: December 3, 2007 |
| DERRICK CHASE. | ) Time: 10:00 A.M. |
| | ) Judge: Hon. Frank C. Damrell, Jr. |
| | ) |
| Defendants. | ) |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Philip Ferrari, Assistant United States Attorney, attorney for Plaintiff; Ned Smock, Assistant Federal Defender, attorney for Darron Antjuan Reed; and J. Patrick McCarthy, attorney for Derrick Chase, that the current Status Conference for October 29, 2007 be vacated and a new date of December 3, 2007 at 10:00 a.m. be set for further status.

    The government has turned over several hundred pages of discovery. Both defense counsel need additional time to review that discovery and perform necessary investigation.

    It is further stipulated and agreed between the parties that the period beginning October 29, 2007 to December 3, 2007, should be

excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: October 25, 2007          Respectfully submitted,

                                 DANIEL BRODERICK
                                 Federal Defender


                                      /S/NED SMOCK
                                 NED SMOCK
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 DARRON ANTJUAN REED

                                 /s/Ned Smock for J. PATRICK McCARTHY
                                 J. PATRICK McCARTHY
                                 Attorney for Defendant
                                 DERRICK CHASE


                                 MCGREGOR W. SCOTT
                                 United States Attorney


                                 /s/Ned Smock for PHILIP FERRARI
                                 PHILIP FERRARI
                                 Assistant U.S. Attorney


**IT IS SO ORDERED.**

DATED: October 26, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2