```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  NED SMOCK, Bar #236238
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

    Attorney for Defendant
 6  DARRON ANTJUAN REED

 7
                   IN THE UNITED STATES DISTRICT COURT
 8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
 9

10  UNITED STATES OF AMERICA,    )  No. CR-S-07-348 FCD
                                 )
11                Plaintiff,     )
                                 )  STIPULATION AND ORDER
12       v.                      )
                                 )
13  DARRON ANTJUAN REED, and     )
    DERRICK CHASE.               )
14                               )
                                 )
15                Defendants.    )
    _____
16
```

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Philip Ferrari, Assistant United States Attorney, attorney for Plaintiff; and Ned Smock, Assistant Federal Defender, attorney for Darron Antjuan Reed, that Mr. Reed's conditions of release should be amended to read as follows:

    9. You shall, in accordance with this release order, have a Home Monitoring Unit installed in your residence, a radio frequency transmitter device attached to your person, and shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring agency. The defendant's **curfew** is to be determined by Pretrial Services.

The reason for this change is that the initial conditions of release did not specify the type of monitoring program Mr. Reed would be subject to. The Court ordered that Mr. Reed be subject to a curfew.

United States Pretrial Officer Gina Faubian contacted counsel requesting that this stipulation be filed in order to clarify that Mr. Reed is not subject to home detention, but is instead subject to a curfew which is monitored by Ms. Faubian.

Dated: December 6, 2007                    Respectfully submitted,

DANIEL BRODERICK
Federal Defender

      /S/NED SMOCK
NED SMOCK
Assistant Federal Defender
Attorney for Defendant
DARRON ANTJUAN REED

MCGREGOR W. SCOTT
United States Attorney

/s/Ned Smock for PHILIP FERRARI
PHILIP FERRARI
Assistant U.S. Attorney

**ORDER**

Condition Number 9 of Defendant Reed's Conditions of Release is hereby modified to read as follows:

9. You shall, in accordance with this release order, have a Home Monitoring Unit installed in your residence, a radio frequency transmitter device attached to your person, and shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring agency.  The defendant's curfew is to be determined by Pretrial Services.

**IT IS SO ORDERED.**

DATED: December 6, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2