**J. PATRICK McCARTHY**
Attorney at Law, #41920
901 H Street, Suite 304
Sacramento, CA   95814
(916) 442-1932

Attorney for Defendant Derrick Chase

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICIA, | No.  2:07-cr-0348 FCD |
| Plaintiff, | **STIPULATION AND ORDER** |
| vs. | Date:  March 3, 2008 |
| DARRON ANTJUAN REED | Time:  10:00 a.m. |
| and DERRICK  CHASE, | Judge:  Hon. Frank C. Damrell, Jr. |
| Defendants.   / | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Philip Ferrari, Assistant United States Attorney, attorney for Plaintiff; Ned Smock, Assistant Federal Defender, attorney for Darron Antjuan Reed; and J. Patrick McCarthy, attorney for Derrick Chase, that the current Status Conference for January 14, 2008 be vacated and a new date of March 3, 2008 at 10:00 a.m. be set for further status.

   The government has turned over several hundred pages of discovery.  Both defense counsel need additional time to further review that discovery and continue with necessary investigation.

   It is further stipulated and agreed between the parties that the period beginning January 14, 2008 to March 3, 2008, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense

preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Date: January 10, 2008            Respectfully submitted,

/S/
J. PATRICK McCARTHY,
Attorney for Defendant Derrick Chase


/S/ J. Patrick McCarthy for Ned Smock
NED SMOCK, Assistant Federal Defender
Attorney for Defendant Darron Antjuan Reed


McGREGOR W. SCOTT
United States Attorney


/S/ J. Patrick McCarthy for Philip Ferrari
PHILIP FERRARI, Assistant U.S. Attorney


    IT IS SO ORDERED.

DATED: January 10, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE