DANIEL BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar #236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DARRON ANTJUAN REED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-07-348 FCD |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER |
| v. | ) ) | |
| DARRON ANTJUAN REED, and DERRICK CHASE. | ) ) ) ) | Date: May 5, 2008 Time: 10:00 A.M. Judge: Hon. Frank C. Damrell, Jr. |
| Defendants. | ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Philip Ferrari, Assistant United States Attorney, attorney for Plaintiff; Ned Smock, Assistant Federal Defender, attorney for Darron Antjuan Reed; and J. Patrick McCarthy, attorney for Derrick Chase, that the current Status Conference for March 24, 2008 be vacated and a new date of May 5, 2008 at 10:00 a.m. be set for further status.

    Both defense counsel need additional time to review that discovery and perform necessary investigation.  There have been initial discussions about a possible plea agreement, but further investigation is required by defense counsel to resolve an issue raised by the government during those negotiations.

1   It is further stipulated and agreed between the parties that the
2 period beginning March 24, 2008 to May 5, 2008, should be excluded in
3 computing the time within which the trial of the above criminal
4 prosecution must commence for purposes of the Speedy Trial Act for
5 defense preparation.  All parties stipulate and agree that this is an
6 appropriate exclusion of time within the meaning of Title 18, United
7 States Code, Section 3161(h)(8)(iv) (Local Code T4).
8
9 Dated: March 21, 2008                Respectfully submitted,
10                                      DANIEL BRODERICK
                                        Federal Defender
11
12                                          /S/NED SMOCK
                                        NED SMOCK
13                                      Assistant Federal Defender
                                        Attorney for Defendant
14                                      DARRON ANTJUAN REED

15                                      /s/Ned Smock for J. PATRICK McCARTHY
                                        J. PATRICK McCARTHY
16                                      Attorney for Defendant
                                        DERRICK CHASE
17
18                                      MCGREGOR W. SCOTT
                                        United States Attorney
19
20                                      /s/Ned Smock for PHILIP FERRARI
                                        PHILIP FERRARI
21                                      Assistant U.S. Attorney

22       **IT IS SO ORDERED.**
23 DATED: March 21, 2008
24
25                                      _____
26                                      HONORABLE FRANK C. DAMRELL, JR.
                                        District Court Judge
27
28

2