DANIEL BRODERICK, Bar #89424
Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DARRON ANTJUAN REED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-0348 FCD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| DARRON ANTJUAN REED ) | Date: August 4, 2008 |
| ) | Time: 10:00 A.M. |
| ) | Judge: Hon. Frank C. Damrell, Jr. |
| Defendants. ) | |
| _____ ) | |

  IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Philip Ferrari, Assistant United States Attorney, attorney for Plaintiff and Daniel Broderick, Federal Defender, attorney for Darron Antjuan Reed, that the current Status Conference/Change of Plea currently scheduled for Monday, July 14, 2008 be vacated and a new date of August 4, 2008, at 10:00 a.m., be set for further status/change of plea.

  Both defense counsel have met and discussed probable resolution of this case; however, additional time is needed for one final meeting among counsel, Mr. Reed, and the case agent. Due to scheduling conflicts, that meeting cannot occur until the week of July 21, 2008. Upon completion of that meeting, the parties anticipate a resolution of this case against Mr. Reed and will file in advance with the court a Stip & Ord. To Continue

1  copy of any written plea agreement.

2      It is further stipulated and agreed between the parties that the
3  period beginning today, July 10, 2008 and August 4, 2008, should be
4  excluded in computing the time within which the trial of the above
5  criminal prosecution must commence for purposes of the Speedy Trial Act
6  for defense preparation.  All parties stipulate and agree that this is
7  an appropriate exclusion of time within the meaning of Title 18, United
8  States Code, Section 3161(h)(8)(iv) and Local Code T4.

9

10 Dated: July 10, 2008            Respectfully submitted,

11

12                                  /s/ Daniel J. Broderick
                                   DANIEL J. BRODERICK
13                                 Federal Defender
                                   Attorney for Defendant
14                                 DARRON ANTJUAN REED

15

16                                 MCGREGOR W. SCOTT
                                   United States Attorney
17

18                                 /s/Daniel Broderick for PHILIP FERRARI
                                   PHILIP FERRARI
19                                 Assistant U.S. Attorney

20
                                         **ORDER**
21
        **IT IS SO ORDERED.**
22
   DATED: July 10, 2008
23

24                                 _____
                                   FRANK C. DAMRELL, JR.
25                                 UNITED STATES DISTRICT JUDGE

26

27

28

Stip & Ord. To Continue          2