1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  Designated Counsel for Service
   801 I Street, 3rd Floor
3  Sacramento, California 95814
   Telephone: (916) 498-5700
4

5  Attorney for Defendant
   DARRON ANTJUAN REED
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,     )  No. CR-S-07-348-FCD
                                 )
13              Plaintiff,       )
                                 )  STIPULATION AND ORDER
14      v.                       )
                                 )
15 DARRON ANTJUAN REED,          )  Date:  August 18, 2008
                                 )  Time:  10:00 a.m.
16              Defendant.       )  Judge: Hon. Frank C. Damrell, Jr.
                                 )
17 _____)

18      IT IS HEREBY STIPULATED by and between the parties hereto through
19 their respective counsel, Phillip Ferrari, Assistant United States,
20 attorney for Plaintiff, and Daniel Broderick, Federal Defender,
21 attorney for DARRON ANTJUAN REED, that the current Status
22 Conference/Change of Plea currently scheduled for August 4, 2008 be
23 vacated, and a new date of August 18, 2008 at 10:00 a.m. be set for
24 further status/change of plea.
25      Both defense counsel have met and discussed probable resolution of
26 this case and additional time is needed for a further meeting among the
27 parties wherein resolution of this case is anticipated.
28      IT IS FURTHER ORDERED and agreed between the parties that the

1  period from the signing of this order through and including August 18,
2  2008, should be excluded in computing the time within which the trial
3  of the above criminal prosecution must commence for purposes of the
4  Speedy Trial Act for defense preparation.  All parties stipulate and
5  agree that this is an appropriate exclusion of time within the meaning
6  of Title 18, United States Code, Section 3161(h)(8)(iv) and Local Code
7  T4.
8  Dated: July 31, 2008                Respectfully submitted,

10                                     /s/ Daniel J. Broderick
                                       DANIEL J. BRODERICK
11                                     Federal Defender
                                       Attorney for Defendant
12                                     DARRON ANTJUAN REED

14                                     MCGREGOR W. SCOTT
                                       United States Attorney

16                                     /s/Daniel Broderick for
                                       PHILIP FERRARI
17                                     Assistant U.S. Attorney

19                                         **ORDER**
20  **IT IS SO ORDERED.**
21  DATED: July 31, 2008

                                       _____
                                       FRANK C. DAMRELL, JR.
                                       UNITED STATES DISTRICT JUDGE

Stip & Order/Darron Reed           -2-