McGREGOR W. SCOTT
United States Attorney
PHILIP A. FERRARI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case. No. CR-S-07-0348 FCD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| DARRON REED, | ) | Date: September 2, 2008 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Hon. Frank C. Damrell, Jr. |

It is hereby stipulated by and between the United States of America through Philip Ferrari, Assistant United States Attorney, and defendant Darron Reed, by and through his counsel, Daniel Broderick, Esq., that the appearance currently set for August 18, 2008, be vacated and reset for a contemplated change of plea on September 2, 2008, at 10:00 a.m.

The continuance is being requested because the parties need more time to investigate the facts of the case and seek resolution of the case.

1

1  Speedy trial time is to be excluded from the date of this order
2 through the date of the hearing set for September 2, 2008 pursuant
3 to 18 U.S.C. 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local
4 Code T4).

DATED: August 15, 2008                    /s/ Philip A. Ferrari for
                                          DANIEL BRODERICK, ESQ.
                                          Attorney for Defendant


DATED: August 15, 2008                    McGREGOR W. SCOTT
                                          United States Attorney


                                     By:  /s/ Philip A. Ferrari
                                          PHILIP A. FERRARI
                                          Assistant U.S. Attorney



**IT IS SO ORDERED.**


DATED: August 15, 2008                    _____
                                          FRANK C. DAMRELL, JR.
                                          UNITED STATES DISTRICT JUDGE