DANIEL J. BRODERICK, #89424
Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DARRON ANTJUAN REED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-07-348-FCD |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| | ) |
| DARRON ANTJUAN REED, | ) Date: September 2, 2008 |
| | ) Time: 10:00 a.m. |
| Defendant. | ) Judge: Hon. Frank C. Damrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Phillip Ferrari, Assistant United States, attorney for Plaintiff, and Daniel Broderick, Federal Defender, attorney for DARRON ANTJUAN REED, that the Status Conference/Change of Plea hearing currently scheduled for September 2, 2008 be vacated, and a new date of September 15, 2008 at 10:00 a.m. be set for further Status Conference/Change of Plea.

Both defense counsel have met and discussed probable resolution of this case and additional time is needed for ongoing negotiations toward a tentative final resolution.

IT IS FURTHER ORDERED and agreed between the parties that the period from the signing of this order through and including

1  September 15, 2008, should be excluded in computing the time within
2  which the trial of the above criminal prosecution must commence for
3  purposes of the Speedy Trial Act for defense preparation.  All parties
4  stipulate and agree that this is an appropriate exclusion of time
5  within the meaning of Title 18, United States Code, Section
6  3161(h)(8)(B)(iv) and Local Code T4.
7  Dated: August 25, 2008
8                                            Respectfully submitted,
9
10                                           /s/ Daniel J. Broderick
                                             DANIEL J. BRODERICK
11                                           Federal Defender
                                             Attorney for Defendant
12                                           DARRON ANTJUAN REED
13
14                                           MCGREGOR W. SCOTT
                                             United States Attorney
15
16                                           /s/Daniel Broderick for
                                             PHILIP FERRARI
17                                           Assistant U.S. Attorney
18
19                             **ORDER**
20  **IT IS SO ORDERED.**
21  DATED: August 25, 2008
22
                                             _____
23                                           FRANK C. DAMRELL, JR.
                                             United States District Court
24
25
26
27
28

Stip & Order/Darron Reed                -2-