1   McGREGOR W. SCOTT
    United States Attorney
2   PHILIP A. FERRARI
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, California 95814
4   Telephone: (916) 554-2744

5

6

7

8

9               IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,    )   Case. No. CR-S-07-0348 FCD
                                 )
14              Plaintiff,       )
                                 )   STIPULATION AND ORDER
15                               )
          v.                     )
16                               )
    DARRON REED and              )   Date: September 22, 2008
17  DERRICK CHASE,               )   Time: 10:00 a.m.
                                 )   Hon. Frank C. Damrell, Jr.
18              Defendants.      )
                                 )
19  _____ )

20

21

22      It is hereby stipulated by and between the United States of

23  America through Philip Ferrari, Assistant United States Attorney,

24  and defendants Darron Reed and Derrick Chase, by and through their

25  respective counsel, Daniel Broderick, Esq. and Patrick McCarthy,

26  Esq., that the appearance currently set for September 15, 2008, be

27  vacated and continued to September 22, 2008, at 10:00 a.m.

28      The continuance is being requested because the parties need

    more time to seek resolution of the case.

                            1

1        Speedy trial time is to be excluded from the date of this order

2   through the date of the hearing set for September 22, 2008 pursuant

3   to 18 U.S.C.  3161(h)(8)(B)(iv) [reasonable time to prepare] (Local

4   Code T4).

5   DATED: September 11, 2008          /s/ Philip A. Ferrari for
                                       DANIEL BRODERICK, ESQ.
6                                      Attorney for Defendant Reed

7
    DATED: September 11, 2008           /s/ Philip A. Ferrari for
8                                      PATRICK McCARTHY, ESQ.
                                       Attorney for Defendant Chase
9


10
    DATED: September 11, 2008          McGREGOR W. SCOTT
11                                     United States Attorney

12
                                  By:  /s/ Philip A. Ferrari
13                                     PHILIP A. FERRARI
                                       Assistant U.S. Attorney
14

15

16        **IT IS SO ORDERED.**

17

18  DATED: September 12, 2008

19                                     FRANK C. DAMRELL, JR.
                                       UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28