1  McGREGOR W. SCOTT
   United States Attorney
2  PHILIP A. FERRARI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2744

5

6

7

8

9                IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,    )    Case. No. CR-S-07-0348 FCD
                                 )
14                  Plaintiff,   )
                                 )    STIPULATION AND ORDER
15                               )
                                 )
16       v.                      )
                                 )
17  DARRON REED and              )    Date: October 27, 2008
    DERRICK CHASE,               )    Time: 10:00 a.m.
18                               )    Hon. Frank C. Damrell, Jr.
                    Defendants.  )
19  _____  )

20

21

22       It is hereby stipulated by and between the United States of

23  America through Philip Ferrari, Assistant United States Attorney,

24  and defendants Darron Reed and Derrick Chase, by and through their

25  respective counsel, Daniel Broderick, Esq. and Patrick McCarthy,

26  Esq., that the appearance currently set for September 22, 2008, be

27  vacated and continued to October 27, 2008, at 10:00 a.m.

28       The continuance is being requested because the parties need

    more time to seek resolution of the case.

                                1

1    Speedy trial time is to be excluded from the date of this order

2  through the date of the hearing set for October 27, 2008 pursuant to

3  18 U.S.C.  3161(h)(8)(B)(iv) [reasonable time to prepare] (Local

4  Code T4).

5  DATED: September 18, 2008          /s/ Philip A. Ferrari for
                                      DANIEL BRODERICK, ESQ.
6                                     Attorney for Defendant Reed

7
   DATED: September 18, 2008          /s/ Philip A. Ferrari for
8                                     PATRICK McCARTHY, ESQ.
                                      Attorney for Defendant Chase
9

10
   DATED: September 18, 2008          McGREGOR W. SCOTT
11                                    United States Attorney

12
                                  By: /s/ Philip A. Ferrari
13                                    PHILIP A. FERRARI
                                      Assistant U.S. Attorney
14

15

16    **IT IS SO ORDERED.**

17

18  DATED: September 18, 2008

19                                    FRANK C. DAMRELL, JR.
                                      UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28