1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  801 I Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 498-5700

4  Attorney for Defendant
   DARRON ANTJUAN REED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-07-348 FCD-GGH |
| Plaintiff, | |
| v. | STIPULATION AND ORDER MODIFYING PRE-TRIAL RELEASE CONDITIONS |
| DARRON ANTJUAN REED | |
| Defendants. | Judge: Hon. Gregory G. Hollows |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Philip Ferrari, Assistant United States Attorney, attorney for Plaintiff and Daniel Broderick, Federal Defender, attorney for Darron Antjuan Reed, that Mr. Reed's pretrial release conditions be modified as follows:

1. The home confinement/electronic monitoring condition shall be removed; and

2. The testing condition be vacated.

Mr. Reed has been sentenced on the underlying charges. He has been designated by the Bureau of Prisons to be detained at the federal prison/medical facility in Springfield, Missouri. He is to report to federal custody to begin service of his sentence no later than noon on

May 18, 2009.

Mr. Reed has purchased a non-refundable, one-way ticket on Delta Airlines from San Francisco to Springfield, via Minneapolis. His flight is on May 16, 2009, leaving San Francisco at 12:25 p.m. and arriving in Springfield at 11:09 p.m. Mr. Reed will stay in a hotel that evening and report to the institution either on Sunday, May 17 (if that is permitted by the institution) or Monday morning, May 18. Mr. Reed receives kidney dialysis treatments twice a week; thus, he must travel on the weekend and report to the institution as soon as possible to resume his treatments.

Mr. Reed is currently supervised by Pre-trial Officer Gina Faubion. She has no objection to removal of the electronic monitoring/home confinement condition. Moreover, she also recommended removal of the testing condition, as all of Mr. Reed's tests have been negative during the entire time he has been on pre-trial release.

Dated: May 5, 2009      Respectfully submitted,

/s/ Daniel J. Broderick
DANIEL J. BRODERICK
Federal Defender
Attorney for Defendant
DARRON ANTJUAN REED

LARRY BROWN
Acting United States Attorney

/s/Daniel Broderick for
PHILIP FERRARI
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: May 6, 2009      /s/ Gregory G. Hollows
HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge

reed.rel

2