BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>DARRON ANTJUAN REED,<br><br>              Defendant. | **CASE NO. CR S 07-348 GEB**<br><br>**AMENDED STIPULATION CONTINUING STATUS CONFERENCE; [PROPOSED] ORDER**<br><br>Date: September 6, 2013<br>Time 9:00 a.m.<br>Judge: GARLAND E. BURRELL, JR. |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 6, 2013.

2. By this stipulation, the parties now move to continue the status conference until October 11, 2013.

3. The above-referenced matter concerns a petition to revoke the defendant's term of supervised release. However, the defendant has also been charged in this district in a complaint in case no. 13-mj-0267 DAD. That case is set for a preliminary hearing on September 6, 2013, before Magistrate Judge Brennan. The parties are requesting this continuance because they hope to proceed in both of these matters at the same time before the District Court.

AMENDED STIPULATION; [PROPOSED] ORDER                        1

IT IS SO STIPULATED.

Dated: September 3, 2013
                                      BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ PHILIP A. FERRARI
                                      PHILIP A. FERRARI
                                      Assistant United States Attorney

Dated: September 3, 2013
                                      /s/ Philip A. Ferrari for
                                      MATTHEW SCOBLE, ESQ.
                                      Counsel for Defendant

IT IS SO FOUND AND ORDERED.

Dated: September 10, 2013

                                      GARLAND E. BURRELL, JR.
                                      Senior United States District Judge