UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:07-cr-00348-GEB |
| Plaintiff, | |
| v. | **RELATED CASE ORDER** |
| DARRON ANTJUAN REED, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | No. 2:13-cr-00304-MCE |
| Plaintiff, | |
| v. | |
| DARRON ANTJUAN REED, | |
| Defendant. | |

The Court received the Notice of Related Case filed on September 6, 2013.

Examination of the above-entitled criminal actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).

///

1  The actions involve the same defendant and are based on the same
2  or similar claims, the same property transaction or event,
3  similar questions of fact and the same questions of law, and
4  would therefore entail a substantial duplication of labor if
5  heard by different judges.  Accordingly, the assignment of the
6  matters to the same judge is likely to effect a substantial
7  savings of judicial effort and is also likely to be convenient
8  for the parties.
9      The parties should be aware that relating the cases under
10 Local Rule 123 merely has the result that both actions are
11 assigned to the same judge; no consolidation of the action is
12 effected.  Under the regular practice of this court, related
13 cases are generally assigned to the district judge and magistrate
14 judge to whom the first filed action was assigned.
15     IT IS THEREFORE ORDERED that the action denominated
16 2:07-cr-00348-GEB, <u>United States of America v. Darron Antjuan</u>
17 <u>Reed</u> is reassigned to Chief Judge Morrison C. England, Jr. for
18 all further proceedings and any dates currently set in this
19 reassigned case only are hereby VACATED.  Henceforth, the caption
20 on documents filed in the reassigned case shall be shown as
21 2:07-cr-00348-MCE.
22     IT IS FURTHER ORDERED that the Clerk of the Court make
23 appropriate adjustment in the assignment of criminal cases to
24 compensate for this reassignment.
25     IT IS SO ORDERED.
26 Dated: October 8, 2013

                                _____
                                MORRISON C. ENGLAND, JR
                                UNITED STATES DISTRICT JUDGE