1  BENJAMIN B. WAGNER
   United States Attorney
2  PHILIP A. FERRARI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,            CASE NO. 2:13-CR-00304 MCE
                                         CASE NO. 2:07-CR-00348 MCE
12              Plaintiff,
                                         STIPULATION REGARDING EXCLUDABLE
13       v.                              TIME PERIODS UNDER SPEEDY TRIAL ACT;
                                         FINDINGS AND ORDER
14  DARRON ANTJUAN REED,
                                         DATE: May 15, 2014
15              Defendant.               TIME: 9:00 a.m.
                                         COURT: Hon. Morrison C. England, Jr.
16

17                                  **STIPULATION**

18       Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                                           1

1. By previous order, this matter was set for status on May 15, 2014. It is noted that the matter consists of two related cases, including a petition alleging a violation of the terms of supervised release in case CR S 07-348 MCE.

2. By this stipulation, defendant now moves to continue the status conference until June 26, 2014, and to exclude time between May 15, 2014, and June 26, 2014, under Local Code T4, in case CR S 13-304 MCE.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case is primarily physical evidence, which counsel for the defendant has now reviewed.

    b) Counsel for defendant desires additional time to conduct additional research regarding the pending charges, and to pursue potential resolution.

    c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 15, 2014 to June 26, 2014, inclusive, is deemed excludable in case CR S 13-304 MCE pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: May 13, 2014 | BENJAMIN B. WAGNER<br>United States Attorney |
| | /s/ PHILIP A. FERRARI<br>PHILIP A. FERRARI<br>Assistant United States Attorney |
| Dated: May 13, 2014 | /s/ JASON LAWLEY<br>JASON LAWLEY<br>Counsel for Defendant |

**ORDER**

IT IS SO ORDERED.

Dated: May 13, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT