Jason Lawley  SBN: 232156
Law Office of Jason Lawley
901 H Street, Suite 674
Sacramento, CA  95814
(916) 442-2322
Email: Mjasonlawley@hotmail.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | CASE:  2:13-cr-00304 |
| ) | and related to |
| ) | 2:07-cr-00348 |
| ) | |
| Plaintiff ) | STIPULATION AND ORDER |
| ) | |
| v. ) | DATE: June 26, 20014 |
| ) | TIME: 9 a.m. |
| Darron Reed ) | DEPT: 7 |
| ) | |
| Defendant ) | |
| ) | |

    Plaintiff United States of America, by and through its counsel of record, and

defendant, by and through defendant's counsel of record, hereby stipulate as follows:

    1. By previous order, this matter was set for status on June 26, 20014. It is noted

that the matter consists of two related cases, including a petition alleging a

violation of the terms of supervised release in case CR S 07-348 MCE.

    2. By this stipulation, defendant now moves to continue the status conference until

September 4, 2014, and to exclude time between June 26, 20014, and September 4,

2014, under Local Code T4, in case CR S 13-304 MCE.

**1** STIPULATION REGARDING EXCLUDABLE TIME

PERIODS UNDER SPEEDY TRIAL ACT

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case is primarily physical evidence, seized from the defendant's residence, which has been reviewed by his counsel.

    b) The Government has provided a plea agreement on June 5, 2014. Counsel for defendant desires additional time to conduct legal research regarding the pending charges and to fully advise defendant of benefits and consequences of said plea agreement.

    c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 26 2014 to September 4, 2014 inclusive, is deemed excludable in case CR S 13-304 MCE and related case 2:07-cr-00348 and pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court

at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 23, 2014                    BENJAMIN B. WAGNER United States Attorney

/s/ PHILIP A. FERRARI

PHILIP A. FERRARI

Assistant United States Attorney

Dated: June 23, 2014                    /s/ JASON LAWLEY

JASON LAWLEY

Counsel for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:  August 9, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

**3** STIPULATION REGARDING EXCLUDABLE TIME

PERIODS UNDER SPEEDY TRIAL ACT