1  Jason Lawley  SBN:  232156
   Law Office of Jason Lawley
2  901 H Street, Suite 674
   Sacramento, CA  95814
3  (916) 442-2322
4  Email: Mjasonlawley@hotmail.com

5

6

7      IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

8                                       CALIFORNIA

9

10 THE UNITED STATES OF AMERICA,      ) CASE:  2:13-cr-00304
                                      )               and related to
11                                    )               2:07-cr-00348
12                                    )
            Plaintiff                 ) STIPULATION AND ORDER
13                                    )
14 v.                                 ) DATE: December  4, 2014
                                      ) TIME: 9 a.m.
15 Darron Reed                        ) DEPT: 7
                                      )
16          Defendant                 )
17 _____)

18      Plaintiff United States of America, by and through its counsel of record, and

19 defendant, by and through defendant's counsel of record, hereby stipulate as follows:
20
21      1. By previous order, this matter was set for status on December  4, 2014. It is

22 noted that the matter consists of two related cases, including a petition alleging a

23 violation of the terms of supervised release in case CR S 07-348 MCE.

24
   2. By this stipulation, defendant now moves to continue the sentencing until
25
26 January 15, 2015, and to exclude time between December 4, 2014, and January 15,

27 2015, under Local Code T4, in case CR S 13-304 MCE.

28
        3. The parties agree and stipulate, and request that the Court find the following:

   1   STIPULATION REGARDING EXCLUDABLE TIME

       PERIODS UNDER SPEEDY TRIAL ACT

a) The government has represented that the discovery associated with this case is primarily physical evidence, seized from the defendant's residence, which is available for review by his counsel.

b) Counsel for defendant desires additional time allow the defendant to complete his medical treatment. The defendant has undergone one of two required surgeries and UC Davis. Failure to complete the second procedure in a timely manner could prove fatal to the defendant.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 4, 2014 to January 15, 2015 inclusive, is deemed excludable in case CR S 13-304 MCE pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court

STIPULATION REGARDING EXCLUDABLE TIME

PERIODS UNDER SPEEDY TRIAL ACT

at defendant's request on the basis of the Court's finding that the ends of

justice served by taking such action outweigh the best interest of the public

and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other

provisions of the Speedy Trial Act dictate that additional time periods are

excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 20, 2014                    BENJAMIN B. WAGNER United States Attorney

/s/ PHILIP A. FERRARI

PHILIP A. FERRARI
Assistant United States Attorney

Dated: November 20, 2014              /s/ JASON LAWLEY

JASON LAWLEY

Counsel for Defendant


**ORDER**

IT IS SO ORDERED.

DATED:  November 26, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

**3**  STIPULATION REGARDING EXCLUDABLE TIME

PERIODS UNDER SPEEDY TRIAL ACT